UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CHERYL BASTIAN | * | CIVIL ACTION 11-2658 |
| | * | |
| VERSUS | * | SECTION "N" |
| | * | |
| WAL-MART LOUISIANA, L.L.C. | * | MAGISTRATE "5" |
| | * | |

\* \* \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**JOINT MOTION TO DISMISS WITH PREJUDICE**

**ON MOTION** of plaintiff, Cheryl Bastian, and defendant, Wal-Mart Louisiana, L.L.C., appearing herein through undersigned counsel of record, and on suggesting to the Court that this cause has been compromised and settled and therefore they desire to dismiss this suit, with prejudice, each party to bear its own costs.

Respectfully submitted,

THOMAS P. ANZELMO, T.A. (#2533)
ISIDRO RENÉ DEROJAS (#18182)
McCRANIE, SISTRUNK, ANZELMO,
HARDY, McDANIEL & WELCH
3445 N. Causeway Blvd., Ste. 800
Metairie, LA 70002
Telephone: (504) 831-0946
Facsimile: (800) 977-8810
*Attorneys for Defendant,*
*Wal-Mart Louisiana, L.L.C.*

JUAN A. BYRD (#24043)
1308 Paul Maillard Road
P.O. Box 1199
Luling, LA 70070
Telephone: (985) 785-5494
Facsimile: (985) 785-6077
*Attorney for Plaintiff,*
*Cheryl Bastian*