UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **CHERYL BASTIAN** | * | CIVIL ACTION 11-2658 |
| **VERSUS** | * | SECTION "N" |
| **WAL-MART LOUISIANA, L.L.C.** | * | MAGISTRATE "5" |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER

IT IS ORDERED, that the above entitled and numbered cause be and the same is hereby dismissed with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this __20th__ day of __September__, 2012.

_____
JUDGE